## Kaputa Appeal.

Argued March 21, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Anthony Cavalcante,* for appellants.

*Samuel J. Feigus,* with him *Thomas A. Waggoner, Jr.,* and *Joseph E. Ferens,* for appellees.

OPINION PER CURIAM, April 17, 1961:

The order of the court below dismissing the appeal of Joseph S. Kaputa et al., taxpayers, from the Controller's Forty-ninth Annual Report of the Fiscal Affairs of Fayette County, Pennsylvania, for the Year Ending December 31, 1959, is affirmed.

Order affirmed.